**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **MICAH 6:8 MISSION ET AL** | **CASE NO. 2:25-CV-00156** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **REYNOLDS METALS CO L L C** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Reynolds Metals Company, LLC's [Reynolds] Motions to Dismiss (Doc. 10) is **GRANTED** as to the absence of subject matter jurisdiction, and the instant matter is dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Motion to Take Judicial Notice Pursuant to Fed. R. Evid. 201 (Doc. 11) filed by Reynolds Metals Co LLC is **GRANTED** and Plaintiff's Motion to Strike Exhibits 3 and 4 to Defendant's Motion to Dismiss (Doc. 19) is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 6th day of August, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**