UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MICAH 6:8 MISSION and<br>HEALTHY GULF,<br>Plaintiffs,<br>v.<br>REYNOLDS METALS COMPANY, LLC,<br>Defendant. | Case No. 2:25-cv-00156<br><br>Judge James D. Cain, Jr. |

**ORDER**

This matter comes before the Court on Plaintiffs Micah 6:8 Mission and Healthy Gulf's September 17, 2025 Motion to Stay Briefing on Reynolds' Motion for Attorney Fees. This Court, having considered the Motion and Memorandum in Support and being otherwise fully advised in the premise, hereby ORDERS: that the Motion to Stay Briefing On Reynolds' Motion for Attorney Fees (Doc. 37) is GRANTED.

**THUS DONE AND SIGNED** in chambers on this 18th day of September 2025.

James D. Cain, Jr.
United States District Judge